# IN THE SUPREME COURT OF THE STATE OF NEVADA

READING INTERNATIONAL, INC.;
MARGARET COTTER; ELLEN
COTTER; GUY ADAMS; EDWARD
KANE; DOUGLAS MCEACHERN;
JUDY CODDING; AND MICHAEL
WROTNIAK,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
JAMES J. COTTER, JR.,
INDIVIDUALLY AND DERIVATIVELY
ON BEHALF OF READING
INTERNATIONAL, INC.,
Real Party in Interest.

No. 72356

**FILED**

SEP 28 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges district court orders granting a motion to compel production of documents.

Having considered the petition and supporting documents, we are not persuaded that our intervention is warranted at this time. In particular, this court recently addressed what appears to be an identical legal issue in *Wynn Resorts, Limited v. Eighth Judicial District Court*, 133 Nev., Adv. Op. 52, 399 P.3d 334 (2017). Accordingly, we conclude that judicial economy would be best served if petitioners ask the district court to

reconsider the challenged order in light of *Wynn Resorts*. We therefore deny the petition without prejudice.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich


cc:    Hon. Elizabeth Goff Gonzalez, Chief Judge
       Quinn Emanuel Urquhart & Sullivan, LLP
       Cohen Johnson Parker Edwards
       Greenberg Traurig, LLP/Las Vegas
       Yurko, Salvesen & Remz, P.C.
       Eighth District Court Clerk